UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00245-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. HUMBERTO FIERRO-RASCON, a/k/a Humberto Fierro, a/k/a Humberto Aragon-Rascon, a/k/a Fernando Ramirez,

     Defendant.

_____

**ORDER**

_____

     This matter is before the Court upon a review of the file.  To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **Monday, July 14, 2008,** and

responses to these motions shall be filed by **Monday, July 28, 2008.**  It is

     FURTHER ORDERED that counsel, if necessary, shall contact my chambers to

schedule a hearing on all pending motions, if any, and final trial preparation conference.

It is

     FURTHER ORDERED that a 1-day jury trial is set for **Monday, August 11, 2008,**

**at 9:00 a.m. in courtroom A-1002.**

Dated this 16th day of June, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge